IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  05-CV-01360-RPM-CBS

KARL EVANS,

      Plaintiff,

v.

SONIC-DENVER T, INC., dba MOUNTAIN STATES TOYOTA AND SCION; and
CORNERSTONE ACCEPTANCE CORPORATION, dba SONIC AUTOMOTIVE, INC.,

      Defendants.

---

## ORDER TO COMPEL ARBITRATION AND FOR ADMINISTRATIVE CLOSURE

---

On December 7, 2005, Magistrate Judge Craig B. Shaffer filed an order and recommendation on the defendants' motion to dismiss or in the alternative motion to stay proceedings and compel arbitration.  The plaintiff filed objections on December 20, 2005, and the defendant filed objections on December 21, 2005.  Upon reviewing the order and recommendation together with the respective recommendations, the Court adopts and incorporates by this reference the findings and conclusions of Magistrate Judge Shaffer.  As a result, the parties are bound to proceed with arbitration in accordance with the agreement identified by Magistrate Judge Shaffer as Arbitration Agreement #4.  It is therefore

ORDERED that the defendants' motion to compel arbitration is granted and the parties will proceed with arbitration in accordance with Arbitration Agreement #4 and it is

FURTHER ORDERED that the defendants' motion to dismiss is denied and it is

FURTHER ORDERED that this civil action is closed administratively pursuant to

D.C.Colo.LCivR 41.2.

Dated: December 23rd, 2005

BY THE COURT:

s/Richard P. Matsch

_____

Richard P. Matsch, Senior District Judge